THE STATE OF OHIO, APPELLEE, *v.* CAMPBELL, APPELLANT.

[Cite as *State v. Campbell* (1996), 76 Ohio St.3d 258.]

(No. 96–507—Submitted June 25, 1996—Decided August 7, 1996.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Ronald W. Springman, Jr.,* Assistant Prosecuting Attorney, for appellee.

*H. Fred Hoefle,* for appellant.

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in its judgment entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.